| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Babak Samini<br>ASG Law Firm LLP<br>17900 Von Karman Avenue<br>Suite 150<br>Irvine, CA 92614<br>949-724-0900 Fax: 949-724-0901<br>181796<br>☒ Attorney for: Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Digital Post Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists    Date Filed: _Concurrently_
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: _____    Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/s/ Michael Sawtell    March 30, 2011
*Signature of Authorized Signatory of Filing Party*    Date

Michael Sawtell
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Babak Samini    March 30, 2011
*Signature of Attorney for Filing Party*    Date

Babak Samini 181796
*Printed Name of Attorney for Filing Party*

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court
Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Digital Post Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all)
**26-1944595** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):
**4040 Barranca Pkwy**
**Irvine, CA**
ZIP Code **92604** | Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code |
| County of Residence or of the Principal Place of Business:
**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
ZIP Code | Mailing Address of Joint Debtor (if different from street address):
ZIP Code |
| Location of Principal Assets of Business Debtor
(if different from street address above):   **4040 Barranca Pkwy Irvine, CA 92604** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> Digital Post Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Digital Post Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Babak Samini**<br>Signature of Attorney for Debtor(s)<br><br>**Babak Samini 181796**<br>Printed Name of Attorney for Debtor(s)<br><br>**ASG Law Firm LLP**<br>Firm Name<br><br>**17900 Von Karman Avenue<br>Suite 150<br>Irvine, CA 92614**<br>Address<br><br>Email: bsamini@alsalaw.com<br>**949-724-0900  Fax: 949-724-0901**<br>Telephone Number<br><br>**March 30, 2011          181796**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Michael Sawtell**<br>Signature of Authorized Individual<br><br>**Michael Sawtell**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**March 30, 2011**<br>Date | |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Concurrently herewith related entities of the Debtor (Rovion Inc. and The Family Post Inc.) are filing a chapter 11 proceeding.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Irvine** , California.      /s/ Michael Sawtell
                                            Michael Sawtell
Dated  **March 30, 2011**                   *Debtor*


                                            *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                            F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

Attachment to Petition

List of Related Entities being filed concurrently:

ROVION Inc., a Delaware corporation;

THE FAMILY POST Inc., a California corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re: **DIGITAL POST INC.**

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Michael Sawtell, declare under penalty of perjury that I am the President of DIGITAL POST INC., a Nevada corporation and that on March 30, 2011, the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of DIGITAL POST INC. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Sawtell, the President of DIGITAL POST INC., is authorized and directed to appear in all bankruptcy proceedings on behalf of DIGITAL POST INC. and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of DIGITAL POST INC. in connection with such bankruptcy case; and

Be it Further Resolved, that Michael Sawtell, the President of DIGITAL POST INC., is authorized and directed to employ the law firm of Samini Law Group LLP to represent it in such bankruptcy case."

Executed on: March 30, 2011        Signed: _____
                                   By: Michael Sawtell
                                   Its: President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Digital Post Inc.**
                                Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Andrew Nguyen
1127 Border Ave.
Corona, CA 92882 | Andrew Nguyen
1127 Border Ave.
Corona, CA 92882 | Deferred Salary | | 7,661.00 |
| Bob Grant
3329 South Olive St.
Santa Ana, CA 92707 | Bob Grant
3329 South Olive St.
Santa Ana, CA 92707 | Deferred Salary | | 12,899.00 |
| Charles and Margaret Vezzetti
3335 Granville
Los Angeles, CA 90006 | Charles and Margaret Vezzetti
3335 Granville
Los Angeles, CA 90006 | Unsecured 2010 Bridge Note | | 6,750.00 |
| Danielle Koop
1037 Rolling Hills
Apt 40
Fullerton, CA 92835 | Danielle Koop
1037 Rolling Hills
Apt 40
Fullerton, CA 92835 | Deferred Salary | | 9,125.00 |
| Laszlo Borsai
2235 S. Loara St.
Anaheim, CA 92802 | Laszlo Borsai
2235 S. Loara St.
Anaheim, CA 92802 | Unsecured 2010 Bridge Note | | 33,750.00 |
| Laurie Barnes
22923 Luau Way
Nuevo, CA 92567 | Laurie Barnes
22923 Luau Way
Nuevo, CA 92567 | Unsecured 2010 Bridge Note | | 6,750.00 |
| Leland and Nadine Polak
4641 Tanango Dr.
Woodland Hills, CA 91364 | Leland and Nadine Polak
4641 Tanango Dr.
Woodland Hills, CA 91364 | Unsecured 2010 Bridge Note | | 6,750.00 |
| Lihn Trin
18765 Paseo Picasso
Irvine, CA 92603 | Lihn Trin
18765 Paseo Picasso
Irvine, CA 92603 | Deferred Salary | | 12,261.00 |
| Mark Polak
11494 Burbank Blvd.
North Hollywood, CA 91601 | Mark Polak
11494 Burbank Blvd.
North Hollywood, CA 91601 | Unsecured 2010 Bridge Note | | 54,000.00 |
| Michael Sawtell
c/o Digital Post
4040 Barranca Pkwy #220
Irvine, CA 92620 | Michael Sawtell
c/o Digital Post
4040 Barranca Pkwy #220
Irvine, CA 92620 | Deferred Salary | | 130,855.00 |
| Robert and Carol Lehman
1578 Conestoga Trail, N.E.
Swisher, IA 52338 | Robert and Carol Lehman
1578 Conestoga Trail, N.E.
Swisher, IA 52338 | Unsecured 2010 Bridge Note | | 71,013.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Digital Post Inc.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Steve Daniels<br>113 Qua Paw Trail<br>Maumelle, AR 72113 | Steve Daniels<br>113 Qua Paw Trail<br>Maumelle, AR 72113 | Unsecured 2010 Bridge Note | | 1,350.00 |
| Steven Dong<br>4790 Irvine Blvd. # 105-243<br>Irvine, CA 92620 | Steven Dong<br>4790 Irvine Blvd. # 105-243<br>Irvine, CA 92620 | Deferred Salary | | 73,263.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 30, 2011**                Signature  **/s/ Michael Sawtell**
                                                  **Michael Sawtell**
                                                  **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Babak Samini 181796**

Address    **17900 Von Karman Avenue Suite 150 Irvine, CA 92614**

Telephone    **949-724-0900 Fax: 949-724-0901**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Digital Post Inc.** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date:    **March 30, 2011**              **/s/ Michael Sawtell**
                                          Michael Sawtell/President
                                          Signer/Title

Digital Post Inc. -


Digital Post Inc.
4040 Barranca Pkwy
Irvine, CA 92604


Babak Samini
ASG Law Firm LLP
17900 Von Karman Avenue
Suite 150
Irvine, CA 92614

Digital Post Inc. -

Agile Opportunity Fund, LLC
1175 Walt Whitman Rd. Suite 333
Melville, NY 11747

Alexander MacDougall
423 Marigold Ave.
Corona Del Mar, CA 92625

Alexander MacDougall
423 Marigold
Corona Del Mar, CA 92625

Allan MacDougall Jr.
Marital deduction Trust
270 Jefferson Scholl Rd.
Ligonier, PA 15658

Andrew Nguyen
1127 Border Ave.
Corona, CA 92882

Bob Grant
3329 South Olive St.
Santa Ana, CA 92707

Bruce and Laurie Williams
22500 S.E. 56th St.,
#12-203
Issaquah, WA 98029

Charles and Margart Vezzetti
3335 Granville
Los Angeles, CA 90006

Digital Post Inc. -

Danielle Koop
1037 Rolling Hills
Apt 40
Fullerton, CA 92835

Jerry Krant
5602 Kingsford Terrace
Irvine, CA 92603

Laszlo Borsai
2235 S. Loara St.
Anaheim, CA 92802

Laurie Barnes
22923 Luau Way
Nuevo, CA 92567

Leland and Nadine Polak
4641 Tanango Dr.
Woodland Hills, CA 91364

Lihn Trin
18765 Paseo Picasso
Irvine, CA 92603

Mark Polak
11494 Burbank Blvd.
North Hollywood, CA 91601

Matthew Staker
34 Eisenhower Ln.
Coto De Caza, CA 92679

Digital Post Inc. -

Michael Sawtell
c/o Digital Post
4040 Barranca Pkwy #220
Irvine, CA 92620

Peter and Irene Gauld
33 Malcolm's Mount West
Stonehaven, Scottland, U.K. AB392TF

Randall and Carol MacDougall
5811 Sierra Cielo Rd.
Irvine, CA 92603

Randall MacDougall
5811 Sierra Cielo Rd.
Irvine, CA 92603

Rob M. Thomas Trust UTD 1/21/05
Rob M. Thomas, TTEE
1098 Dolphin Ct.
Ventura, CA 93001

Robert and Carol Lehman
1578 Conestoga Trail, N.E.
Swisher, IA 52338

Ron Maloney
711 Hamtpon Rd.
Quispamsis, NB, E2G 1G1
Canada

Steve and Amy Boucher
49 White Ave.
West Hartford, CT 06119

Digital Post Inc. -


Steve Daniels
113 Qua Paw Trail
Maumelle, AR 72113


Steven Dong
4790 Irvine Blvd. # 105-243
Irvine, CA 92620